IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MITCHELL C. BLOCKER,** | 2:09-cv-00883-KJM P |
| Petitioner, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| **v.** | |
| **M. MARTELL,** | |
| Respondent. | |

Respondent has requested an extension of time to file a response to the Petition for Writ of Habeas Corpus.  Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted.  Respondent shall file a response to the Petition for Writ of Habeas Corpus on or before December 29, 2009.

DATED:  December 3, 2009.

_____
U.S. MAGISTRATE JUDGE

SA2009313122
30905164.doc

1